# Notice Recipients

District/Off: 0752–1          User: admin                    Date Created: 02/11/2026

Case: 25–17947               Form ID: 318                   Total: 41


**Recipients of Notice of Electronic Filing:**

tr       Kenneth Matthew Thomas        trusteekthomas@gmail.com
aty      Jason A. Kara      ndil@geracilaw.com

                                                                          TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db       Graciela DeLaTorre       1240 Victory Ct      9A       Aurora, IL 60506
31747896   Affirm Inc       Attn: Bankruptcy Dept.       650 CALIFORNIA ST FL 12       SAN FRANCISCO,CA 94108
31747897   Affirm Inc       Attn: Bankruptcy Dept.       650 CALIFORNIA ST FL 12       SAN FRANCISCO,CA 94108
31747902   Capital One       Attn: Bankruptcy Dept.       PO BOX 31293       SALT LAKE CITY,UT 84131
31747903   Capital One       Attn: Bankruptcy Dept.       PO BOX 31293       SALT LAKE CITY,UT 84131
31747917   Cascade Capital, LLC       Bankruptcy Dept       5431 Old Red Wood Hwy #210       Petaluma,CA 94954
31747915   City of Aurora       PO Box 2697       Aurora,IL 60507
31747899   Consumer Adjustment Co       Attn: Bankruptcy Dept.       500 NW PLAZA DR STE 300       SAINT ANN,MO 63074
31747900   Consumer Adjustment Co       Attn: Bankruptcy Dept.       500 NW PLAZA DR STE 300       SAINT ANN,MO 63074
31747920   Credit Collection Services       Bankruptcy Dept.       725 Canton Street       Norwood,MA 02062
31747898   Credit Control Service       Attn: Bankruptcy Dept.       725 CANTON ST       NORWOOD,MA 02062
31747924   Credit One Bank       Bankruptcy Department       PO Box 98873       Las Vegas,NV 89193
31747918   Debt Recovery Solutions       Bankruptcy Dept.       PO Box 9018       Syosset,NY 11791
31747926   DuPage Valley Anesthesiologist       Bankruptcy Department       PO Box 3872       Carol Stream,IL 60132
31747905   Edward Julian Melendez       1240 Victory Ct, Unit 9A       Aurora,IL 60506
31747919   Edward–Elmhurst Health       PO Box 776956       Chicago,IL 60677
31747909   Equifax       Attn: Bankruptcy Dept.       1550 Peachtree St. Ne       Atlanta,Ga 30309
31754617   Exeter Finance LLC       AIS Portfolio Services, LLC       4515 N Santa Fe Ave. Dept. APS       Oklahoma City, OK 73118
31747893   Exeter Finance Llc       Attn: Bankruptcy Dept.       PO BOX 166097       IRVING,TX 75016
31747908   Experian       Attn: Bankruptcy Dept.       Po Box 2002       Allen,Tx 75013
31747912   Fox Metro Water Reclamation District       Bankruptcy Department       682 State Rte 31       Oswego,IL 60543
31747914   Integrated Imaging Consultants       PO Box 776814       Chicago,IL 60677
31747894   Jasmine Marie Melendez       1240 Victory Ct, 9A       Aurora,IL 60506
31747927   Medical Business Bureau       Bankruptcy Dept.       PO Box 1219       Park Ridge,IL 60068
31747925   Midland Credit Management       Bankruptcy Dept.       350 Camina De La Reina       Suite 300       San Diego,CA 92108
31747916   Naperville Radiologists       Attn: Bankruptcy Department       PO Box 778875       Chicago,IL 60677
31747913   Nicor Gas       Bankruptcy Department       1844 Ferry Rd       Naperville,IL 60563
31747906   Onemain       Attn: Bankruptcy Dept.       PO BOX 1010       EVANSVILLE,IN 47706
31747922   Pendrick Capital Partners       Bankruptcy Dept.       2331 Mill Rd Ste 510       Alexandria,VA 22314
31747921   Phoenix Financial Services LLC       Bankruptcy Dept       8902 Otis Ave, Ste 103A       Indianapolis,IN 46216
31747901   Portfolio Recov Assoc       Attn: Bankruptcy Dept.       120 CORPORATE DRIVE       NORFOLK,VA 23513
31747923   Rush Copley       PO Box 352       Aurora,IL 60507
31747928   Snap Finance       Bankruptcy Dept       1193 W 2400 S       Salt Lake City,UT 84119
31747929   Spire Recovery Solutions LLC       Bankruptcy Dept.       57 Canal St Ste 302       Lockport,NY 14094
31747904   Transform Credit Inc       Attn: Bankruptcy Dept.       220 N GREEN ST STE 5019       CHICAGO,IL 60607
31747907   Transunion       Attn: Bankruptcy Dept.       Po Box 1000       Chester,Pa 19022
31747895   Uplift/Cbw Bank       Attn: Bankruptcy Dept.       440 N WOLFE RD       SUNNYVALE,CA 94085
31747911   Uprova Credit       Bankruptcy Dept       635 E State Highway 20       Upper Lake,CA 95485
31747910   WithU Loans       Bankruptcy Dept       10600 S. Pennsylvania Ave, Ste 16 #828       Oklahoma City,OK 73170

                                                                          TOTAL: 39